IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tuan Thanh PHAN, et al.,

    *Petitioners-Plaintiffs*,

    v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    *Respondents-Defendants*.

Case No. 25-2147

**EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

**Petitioners are at risk of immediate deportation from U.S. Department of Homeland Security custody to South Sudan <u>tonight or early tomorrow morning.</u>**

Petitioners hereby apply for a temporary restraining order against Respondents. The grounds for this motion are set forth in the accompanying memorandum of law, exhibits in support thereof, and the applicable law. A proposed order also accompanies this motion.

This motion is being filed on an urgent basis because Respondents have publicly stated that Petitioners will be deported to South Sudan by tomorrow. Petitioners respectfully request that this Court grant this emergency application and issue a temporary restraining order <u>**tonight**</u>.

Dated: July 3, 2025

Respectfully submitted,

*/s/ Mary S. Van Houten Harper*
Mary S. Van Houten Harper (D.C. Bar No. 1045137)
Hausfeld LLP
1200 17th St NW Suite 600
Washington, DC 20036
mvanhouten@hausfeld.com

Joanne Bui* (CA Bar No. 340378)
Hausfeld LLP
580 California St 12th Floor
San Francisco, CA 94104
jbui@hausfeld.com

Jennie Pasquarella* (CA Bar No. 263241)
Seattle Clemency Project
20415 72nd Ave South, Suite 1-415
Kent, WA 98032
jennie@seattleclemencyproject.org

*Attorneys for Petitioners-Plaintiffs*
* *pro hac vice pending*